AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

_EASTERN_  DISTRICT OF  _MASSACHUSHS_

## APPEARANCE

Case Number:  _05 MJ L33_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_ASIF    MAHMOOD_

Date  _June 30ᵗʰ 2005_

Signature  _[signature]_

Print Name  _Joseph A FRANCO_

Address  _51 PARK AVE_

City _W. Spfld_  State _MA_  Zip Code _01077_

Phone Number  _(413) 737-2675_