```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )
          v.             )      Criminal No. 05MJ633
                         )
ASIF MAHMOOD,            )
          Defendant.     )

## Motion for Detention Hearing

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because it involves (check all that apply):

   _____ Crime of violence (18 U.S.C. § 3156)

   _____ Maximum sentence of life imprisonment or death

   _____ 10 plus years drug offense

   _____ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   _____ Serious risk of obstruction of justice

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which reasonably will assure (check on or both):

   __X__ Defendant's appearance as required

   _____ Safety of any other person and the community

3. **Rebuttable Presumption**

The United State (~~will~~, will not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). If "yes," the presumption applies because (check one or both):

_____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the Court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of _1_ day(s) (not more than 3)

5. <u>Witnesses</u>. The United States intends to rely upon a proffer by an Assistant U.S. Attorney or the testimony of witnesses. The amount of time for the government's proffer or direct examination of witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

None.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Kevin O'Regan
Assistant U.S. Attorney

Dated: June 30, 2005

2