UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05mj00633-KPN |
| | ) | |
| ASIF MAHMOOD, | ) | |
| Defendant | ) | |

ORDER PURSUANT TO 18 U.S.C. § 3006A(f)
July 5, 2005

NEIMAN, U.S.M.J.

The court has found that Asif Mahmood ("Defendant") is presently unable to fully pay the costs required to retain counsel. Accordingly, the court has directed the clerk's office to appoint counsel to represent him pursuant to 18 U.S.C. § 3006A.

However, the court further finds that Defendant has sufficient resources and income from which he can make payments towards a fund that will ultimately be used to partially compensate appointed counsel. Accordingly, pursuant to 18 U.S.C. § 3006A(f), the court hereby orders as follows:

1. By July 14, 2005, Defendant is ordered to deposit $250 with the clerk's office.

2. On or about the fifteenth day of each month thereafter, Defendant is ordered to deposit an additional $250 with the clerk until the case is concluded.

Failure to comply with any portion of this order may result in revocation of the court's appointment of counsel.

    IT IS SO ORDERED.

DATE:   July 5, 2005

                                                                        /s/ Kenneth P. Neiman  
                                                          KENNETH P. NEIMAN  
                                                          U.S. Magistrate Judge